# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI

IN THE MATTER OF:                                                    CHAPTER 13 NO:

JOE AND SHARON WELLS                                          16-10845

## NOTICE IS HEREBY GIVEN THAT A

## MOTION TO MODIFY

**HAS BEEN FILED BY TERRE M. VARDAMAN, CHAPTER 13 TRUSTEE, IN THE ABOVE CAPTIONED CASE.**

**LAST DAY TO FILE OBJECTIONS OR RESPONSES IS:     NOVEMBER 21, 2016**

Should any party receiving this notice respond or object to said motion, such response or objection is required to be filed with the Clerk of this Court and served on the Attorney for Movant on or before said objection due date. If any objection or response is filed, a hearing will be scheduled by the Court: otherwise, the Court may consider said motion immediately after the objection or response due date.

## CERTIFICATE OF SERVICE

    I, Jeffrey K. Tyree, do hereby certify that I have this day mailed a true and correct copy of the above and foregoing Notice and the subject Motion, attached hereto, all by United States Mail, postage prepaid, to the Debtor, the Debtor's attorney, all affected creditors, and the United States Trustee.

DATED:     October 28, 2016.

                                                      /S/ JEFFREY K. TYREE
                                                      ATTORNEY FOR CHAPTER 13 TRUSTEE

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI

IN THE MATTER OF:                                    CHAPTER 13 NO:

JOE AND SHARON WELLS                                 16-10845

## TRUSTEE'S MOTION TO MODIFY

COMES NOW, Terre M. Vardaman, Trustee, and files this her Motion to Modify the above styled and numbered case, and in support of same, would show unto the Court the following:

1. The Debtor's plan was confirmed to pay ongoing mortgage payments through the plan to Ocwen Loan Servicing.
2. The mortgagee filed a Notice of Post-Petition Mortgage Fees, Expenses, and Charges on or about September 23, 2016, showing thereon they have incurred expenses for attorney's fees on April 1, 2016, in the amount of $400.00.
3. The Trustee would show that the plan should be modified wherein the aforesaid attorney's fees are added to the plan as a separate claim over the balance of the plan period, with the wage order increased accordingly, if necessary.
4. Other grounds to be shown at the hearing hereon.

WHEREFORE, PREMISES CONSIDERED, the Trustee prays that this Motion be received and filed, and that at the hearing hereon this Motion be approved, and for such other, further, and general relief to which the Trustee and this bankrupt estate may be entitled.

DATED: October 28, 2016.              Respectfully submitted:

                                      /S/ JEFFREY K. TYREE
                                      ATTORNEY FOR TERRE M. VARDAMAN,
                                      CHAPTER 13 TRUSTEE
                                      PO BOX 1326
                                      BRANDON, MS 39043-1326
                                      601-825-7663; vardaman13ecf@gmail.com

## CERTIFICATE OF SERVICE

I, Jeffrey K. Tyree, attorney for the Chapter 13 Trustee, do hereby certify that I have this day filed the foregoing with the clerk of Court using the CM/ECF system, and I further certify that I served a true and correct coy of same, either electronically or via United States Mail, postage prepaid, to the UNITED STATES TRUSTEE and to the following:

| | | |
|---|---|---|
| Joe and Sharon Wells<br>614 Cypress Street<br>Columbus, MS 39702 | Ocwen Loan Servicing, LLC<br>c/o Laura Henderson-Courtney<br>1080 River Oaks Drive<br>Ste B-202<br>Flowood, MS 39232 | Hon. William C. Cunningham<br>PO Box 624<br>Columbus, MS 39703-0624 |

Dated: October 28, 2016.

                                      /S/ JEFFREY K. TYREE